United States Bankruptcy Court
Eastern District of Michigan

In re: Diana Gentry                                              Case No.:
                                                                 09-36472
    Debtor                                   Chapter 7

---

Toni Banfield                                                    AP No.: 15-03038
    Plaintiff

v

Diana Gentry, et al
    Defendants

---

### ORDER ENTERING RELIEF AS STATED IN THE OPINION OF THE COURT DATED NOVEMBER 30, 2015

WHEREAS, Several Motions by all parties having been filed, and for the reasons and scope of this Order being set forth in the Opinion found at Doc. No.: 93 in this case, hearings having been held and all Parties having had an opportunity to be heard, and capitalized terms not defined in this order having the meaning as defined in the Opinion

NOW THEREFORE IT IS ORDERED that this matter is remanded back to the Livingston County Probate Court.

IT IS FURTHER ORDERED that the Automatic Stay is lifted, allowing the Livingston County Probate Court to decide issues regarding the Trusts and Trust Assets as the appropriate forum in this case.

IT IS FURTHER ORDERED that Diana Gentry's Motion for Sanctions, Costs and Attorney Fees against Michael Tindall is the only matter retained by the Bankruptcy Court in this case.

IT IS FURTHER ORDERED that this Order is a Final Order

GENTRY AP TONI v diana and nancy REMAND ORDER

**Signed on January 22, 2016**

                                                  **/s/ Daniel S. Opperman**
                                             **Daniel S. Opperman**
                                             **United States Bankruptcy Judge**